618

For the reasons stated above, the judgment of the Circuit Court of Cook County, dismissing plaintiff's class action is affirmed.

Judgment affirmed.

BURMAN and DIERINGER, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DENNIS ELLIS, Defendant-Appellant.

(No. 58265; )

First District (1st Division)—February 11, 1974.

PER CURIAM.

BURKE, J., took no part.

Paul Bradley, Deputy Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Jerome Charles Randolph, Assistant State's Attorneys, of counsel), for the People.